IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan – Southern Division

**In the Matter of**: }
} Case No. 10-52106
James Brendan Dimond }
Jennifer Anne Dimond } Chapter 13
}
**Debtors** } Hon.

------------------------------------------------------------/

James Brendan Dimond and        Adversary Proceeding No: 10-52106
Jennifer Anne Dimond,           Judge: Hon. Phillip J. Shefferly
a married couple,

    Plaintiffs,

vs.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., ("MERS"), a Delaware Corporation

    Defendant.
_____/

## CERTIFICATE OF SERVICE

The undersigned states that on April 13, 2010, copies of *Summons, Complaint to Avoid ("Strip Off") Junior Lien with Exhibits 1, 2 and 3* were served upon the following parties by depositing said copies in the U.S. mail, postage prepaid, properly addressed as follows:

MERS
P.O. Box 2026
Flint, MI 48501-2026


/s/ Gregory L. Dodd_____
Attorney at Law
300 North Huron Street
Ypsilanti, MI  48197
Phone: (734) 487-2611
Fax: (734) 487-5094
gregorydodd@doddkeyeslaw.com