Form improperAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: James Brendan Dimond and Jennifer Anne Dimond
Debtor

                                              Case No.: 10–52106–pjs
                                              Chapter 13
                                              Judge: Phillip J Shefferly

James Brendan Dimond et al.
Plaintiff                                               Adv. Proc. No. 10–05160–pjs

v.

MERS
Defendant

---

## ORDER REGARDING IMPROPER SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT(S)

The Plaintiff filed a complaint in the above captioned case on 4/13/10 . This Court is advised that the proof of service of the summons and complaint is deficient for the following reasons(s):

☐ Proof of service of the summons and complaint has not been filed. (F.R.Bank.P.7004(a) and F.R.CivP 4(1)

☐ The defendant is the debtor. Service was not made on the debtor. (F.R.Bank.P. 7004(b)(9)

☐ The defendant is the debtor. Service was not made on the attorney for the debtor. (F.R.Bank.P. 7004(b)(9) and ECF Procedure 12(b)(2) *paper service required*)

☒ The defendant is a domestic/foreign corporation, partnership or unincorporated association. Service was not made on a named and identified officer, managing or general agent or any other agent authorized by appointment or by law to receive service of process. (F.R.Bank.P. 7004(b)(3)

☐ The defendant is the United States. Service was not made on the United States at the office of the United States attorney for the district and to the Attorney General of the United States at Washington, D.C. (F.R. Bank.P.7004(b)(4)

☐ The defendant is an officer or agency of the United States. Service was not made on the officer or agency of the United States, at the office of the United States attorney for the district and to the Attorney General of the United States at Washington, D.C. (F.R.Bank.P. 7004(b)(5)

☒ Service was not made within 14 days after the summons was issued. (F.R.Bank.P.7004(e)

☐ The defendant is an Insured Depository Institution. Service was not made by certified mail to an officer of the institution. (F.R.Bank.P. 7004(h)

☐ Other

**IT IS ORDERED THAT** the plaintiff correct the deficiency in the proof of service within seven (7) days from the date of this order. If a summons was not timely delivered or mailed, another summons shall be obtained and re–issued. If the correction requires the summons and complaint to be served again, another summons shall be obtained and re–issued.

**IT IS FURTHUR ORDERED THAT** if the plaintiff fails to timely correct the deficiency, this proceeding may be dismissed without a hearing.


Dated: 4/30/10

                                              BY THE COURT

                                              /s/ Phillip J. Shefferly
                                              Phillip J. Shefferly
                                              United States Bankruptcy Judge