## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan – Southern Division

**In the Matter of**: }
                                         }    Case No. 10-52106-pjs
James Brendan Dimond               }
Jennifer Anne Dimond                }    Chapter 13
                                         }
**Debtors**                                  }    Hon. Phillip J. Shefferly

-----------------------------------------------------------/

James Brendan Dimond and         Adversary Proceeding No: 10-05160-pjs
Jennifer Anne Dimond,
a married couple,

      Plaintiffs,

vs.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., ("MERS"), a Delaware Corporation

      Defendant.
_____/

### DEFAULT JUDGMENT

**WHEREAS,** on April 13, 2010 an adversary proceeding was brought by Plaintiffs, James & Jennifer Dimond, against MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (the "Defendant") pursuant to Federal Rules of Bankruptcy Procedure 7001, to seek relief in accordance with Section 523 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

**WHEREAS,** the court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334; and

**WHEREAS,** this adversary proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (K), and

**WHEREAS,** venue properly lies in this judicial district pursuant to 28 U.S.C. §§1408 and 1409;

**IT IS THEREFORE ORDERED** that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 10-52106-pjs, the mortgage ("Mortgage") dated March 11, 2006, covering the following described property ("Property") situated in the Township of Ypsilanti, County of Washtenaw, State of Michigan, and further described as follows:

> Land situated in the Township of Ypsilanti, Washtenaw County, Michigan, to-wit: Lot 391, Streamwood Subdivision No. 7, according to the plat thereof as recorded in Liber 29 of plats, pages 85-90, Washtenaw County Records.
> Being the same property conveyed to Jamie B. Dimond and Jennifer A. Dimond, husband and wife by deed from Edward J. Vinarcik and Carrie A.R. Vinarcik, husband and wife recorded 7/1/1999 in Deed Book 3882, page 293, in Washtrenaw County, Michigan records.
> Tax Id: K-11-33-274-391

Commonly Known as: 7234 Deertrack Drive, Ypsilanti MI 48197

Recorded in the Washtenaw County Register of Deeds on March 24, 2006, Liber 4547, Page 287, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 10-52106-pjs, the debtor may record a certified copy of this order, with a copy of the debtor's Chapter 13 discharge order attached, with the Washtenaw County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 10-52106-pjs, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on August 06, 2010**

                                                                   ___/s/ Phillip J. Shefferly___
                                                                       **Phillip J. Shefferly**

United States Bankruptcy Judge